PS 42
(Rev. 9/05)

# United States District Court
## Southern District Of Georgia
### Waycross Division

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Lasherol Burroughs | ) | Case No. CR505-00020-006 |

FILED
BRUNSWICK DIV.

2006 MAY -9 A 10: 00

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Lasherol Burroughs____, have discussed with ____Fonda Dixon____, Probation Officer, modifications of my release conditions as follows:

The defendant shall participate in a program of treatment for drug and alcohol abuse. The costs of treatment shall be paid by the defendant in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.

I hereby waive a hearing and consent to this modification of my release conditions and agree to abide by this modification.

_[signature] Lasherol Burroughs_  5-5-06          _[signature] Fonda Dixon_  5-5-06
Signature of Defendant          Date                    Probation Officer         Date

[X] The above modification of conditions of release is ordered.
[ ] The above modification of conditions of release is *not* ordered.

_[signature] James E. Graham_                                       5-9-06
James E. Graham                                                     Date
United States Magistrate Judge